Our conclusion is that the Ordinance No. 6789, C. C. S., is valid.

The judgment appealed from is annulled, the restraining order issued by the civil district court is revoked, and the relator's demand is rejected, and his suit dismissed, at his cost.

ROGERS, J., recused.

---

(97 South. 445)

No. 25592.

**STATE ex rel. DUBOS et al. v. CITY OF NEW ORLEANS et al.**

(July 11, 1923.)

Appeal from Civil District Court, Parish of Orleans; Porter Parker, Judge.

Suit by the State, on the relation of Louis Dubos and others, against the City of New Orleans and others. Judgment for relators, and defendants appeal. Judgment annulled, relators' demands rejected, and suit dismissed.

Ivy G. Kittredge, City Atty., and Rene A. Viosca, Asst. City Atty., both of New Orleans, for appellants.

McCloskey & Benedict, of New Orleans, for appellees.

O'NIELL, C. J. This is one of the cases referred to in our opinion handed down to-day in the case of State ex rel. Civello v. City of New Orleans (No. 25566) 97 South. 440,[1] where the issues presented in this case were decided. The civil district court gave judgment in favor

of the relators, in this mandamus proceeding, commanding the municipal authorities to issue to the relators, Louis and Emile Dubos, a permit to renovate their building at 7457 St. Charles avenue and to convert it into a grocery store, and to issue a permit to the relator, Piggly-Wiggly Stores, Inc., to conduct a grocery store on the premises. The business is forbidden there by municipal Ordinances No. 4655, No. 5653, and No. 5684.

For the reasons given in Civello's Case,

The judgment appealed from is annulled, and relators' demands are rejected, and their suit is dismissed, at their cost.

ROGERS, J., takes no part.